**DISMISS and Opinion Filed August 31, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00332-CV

### WILLETTE JAYNE JONES, Appellant
### V.
### SPRINT SOLUTIONS, INC. AND GINO AMBROSIO, Appellees

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 97375-422**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

By letter, this Court questioned its jurisdiction over this appeal as there did not appear to be a final judgment or other appealable order. We instructed appellant to file, by July 23, 2018, a letter brief addressing the jurisdictional issue and cautioned her that failure to do so may result in dismissal of the appeal without further notice. As of today's date, appellant has not complied.

Generally, this Court has jurisdiction only over appeals from final judgments and certain interlocutory orders as permitted by statute. *See McFadin v. Broadway Coffeehouse, LLC*, 539 S.W.3d 278, 283 (Tex. 2018); TEX. CIV. PRAC. & REM. CODE ANN. § 51.014 (West Supp. 2017). A final judgment is one that disposes of all pending parties and claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

In her original petition, appellant sued both Sprint Solutions, Inc. and Gino Ambrosio. Sprint Solutions moved for summary judgment and the trial court granted the motion. Appellant appealed from the summary judgment order. Appellant's claims against Mr. Ambrosio remain pending. Because a final judgment has not been signed and the order is not subject to an interlocutory appeal, this Court lacks jurisdiction over the appeal. We dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

 /Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


180332F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLETTE JAYNE JONES, Appellant

No. 05-18-00332-CV      V.

SPRINT SOLUTIONS, INC. AND
GINO AMBROSIO, Appellees

On Appeal from the 422nd Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 97375-422.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees SPRINT SOLUTIONS, INC. AND GINO AMBROSIO recover their costs of this appeal from appellant WILLETTE JAYNE JONES.

Judgment entered August 31, 2018.